## UNITED STATES, Appellant, v. DON LEE, Inc., Appellee.

### No. 10206.

Circuit Court of Appeals, Ninth Circuit.

June 16, 1943.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, L. W. Post, and Lester L. Gibson, Sp. Assts. to Atty. Gen., and Frank J. Hennessy, U.S. Atty., and Esther B. Phillips, Asst. U.S. Atty., both of San Francisco, Cal., for appellant.

Zagon, Aaron and Fink, Samuel S. Zagon, Max C. Fink, and Nathan Schwartz, all of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

The judgment in this case, 42 F.Supp. 884, is reversed on the authority of Virginian Hotel Corporation of Lynchburg v. Helvering, 63 S.Ct. 1260, 87 L.Ed. ——, decided June 7, 1943.